IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEMALL J. REEVES,

    Plaintiff,

vs.                                                                CIV. NO. 21-0027 KBM

ANDREW SAUL,
Commissioner of Social
Security,

    Defendant.

## **ORDER OF REMAND**

    Defendant, the Commissioner of Social Security (Commissioner), by and through his counsel, has filed an unopposed motion with this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case for further administrative proceedings. *Doc. 22*. After reviewing Plaintiff's case, the Commissioner submits that remand is warranted. *Id*. Plaintiff does not oppose the requested relief. *Id*.

    To remand under sentence four of 42 U.S.C. § 405(g), however, the Court must review the record and determine whether the ALJ's decision is supported by substantial evidence, or whether the ALJ correctly applied the law relevant to the disability claim. *Nguyen v. Shalala*, 43 F.3d 1400, 1403 (10th Cir. 1994). If not, reversal is appropriate. *Id.*

    The Court held a hearing on June 11, 2021, on Defendant's unopposed motion to remand. *Docs. 23*; *24*. At the hearing, counsel for both parties presented their reasons

for requesting remand. Having heard the parties' positions and having reviewed the record in light of the issues identified by the parties, the Court finds that the ALJ's decision is not supported by substantial evidence and that the ALJ did not apply the correct legal standards in determining that Plaintiff is not disabled. Therefore, pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand under sentence four of 42 U.S.C. § 405(g), this Court hereby reverses the Commissioner's decision and remands this matter to the Commissioner. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Upon remand, the agency will reconsider Plaintiff's claim.

      Dated this 11th day of June, 2021.

                                                    _____
                                                    HONORABLE KAREN B. MOLZEN
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    Proceeding by Consent